**Francis T. Barnwell, OSB No. 84162**
fbarnwell@bullardlaw.com
**Jennifer L. Bouman, OSB No. 00028**
jbouman@bullardlaw.com
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205
503-248-1134/Telephone
503-224-8851/Facsimile

Attorneys for Defendant Fred Meyer Stores, Inc.

FILED'08 SEP 16 13:50 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **PATRICIA BRIZZEE,** | Case No. 04-CV-1566-ST |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **FRED MEYER STORES, INC., a foreign corporation,** | |
| Defendant. | |

Patricia Brizzee ("Plaintiff") and Fred Meyer Stores, Inc. ("Defendant") stipulate that all claims and counterclaims between Plaintiff and Defendant, including all causes of action

///

///

///

///

///

Page 1   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

1424/233 00048246 v 1

and claims for attorney fees, are dismissed with prejudice and without an award of costs or attorney fees to Plaintiff or Defendant.

IT IS SO STIPULATED:

BULLARD SMITH JERNSTEDT WILSON


/s/ Francis T. Barnwell
Francis T. Barnwell, OSB No. 84162
Attorneys for Defendant Fred Meyer Stores, Inc.


SMITH & FJELSTAD


/s/ Kerry M. L. Smith
Kerry M. L. Smith, OSB No. 881033
Attorneys for Plaintiff Patricia Brizzee

        IT IS SO ORDERED:

        DATED this 16th day of September, 2008.

                              HONORABLE JANICE M. STEWART
                              U.S. DISTRICT COURT JUDGE

Page 2   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

1424/233 00048246 v 1